## BROADCASTING SYSTEM v. TAPE CORP.

No. 37 PC.

Case below: 19 N.C. App. 217.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

## BROWN v. CASUALTY CO.

No. 62 PC.

Case below: 19 N.C. App. 391.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 November 1973.

## CAMPBELL v. CHURCH

No. 32 PC.

Case below: 19 N.C. App. 343.

Petition for writ of certiorari to North Carolina Court of Appeals and for writ of supersedeas denied 1 November 1973.

## CITY OF GASTONIA v. POWER CO.

No. 61 PC.

Case below: 19 N.C. App. 315.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

## COMR. OF INSURANCE v. ATTORNEY GENERAL

No. 48 PC.

Case below: 19 N.C. App. 263.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973. Motion to dismiss appeal for lack of substantial constitutional question allowed 1 November 1973.